# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER DURFEY,
               Appellant,
        vs.
THE STATE OF NEVADA,
               Respondent.

No. 74738

**FILED**

FEB 08 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant filed a notice of appeal on December 12, 2017. The notice of appeal does not specifically identify any judgments of the district court. To the extent that appellant's appeal is in regard to his postconviction petition for a writ of habeas corpus, no decision had been made on the petition at the time appellant filed his notice of appeal. To the extent appellant appeals from the October 20, 2017, order for revocation of probation and amended judgment of conviction, the appeal is untimely. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-05352

cc:   Hon. Douglas W. Herndon, District Judge
       Alexander Durfey
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk